UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

SAM EVANS,

      Plaintiff,

v.                                      Case No. 5:15cv46-RV-CJK

T. NICHOLS,

      Defendant.
_____/

ORDER and
REPORT AND RECOMMENDATION

      Plaintiff, proceeding *pro se* and *in forma pauperis*, has filed a motion for summary judgment.  (Doc. 23).  Plaintiff indicates "[t]he Motion is made on the ground that the pleading, interrogatories and depositions filed in the action the attached affidavit of Plaintiff sufficiently establish, Plaintiffs cause of action to warrant direction of judgment in favor of plaintiff as a matter of law, and show the absence of the triable issue of fact in this action."  Plaintiff also notes defendant Nichols has failed to "serve any answer or otherwise defend within the time prescribe by law."

      The motion for summary judgment should be denied.  The court has not entered a scheduling order permitting discovery and plaintiff has not established "that there is no genuine dispute as to any material fact and the movant is entitled to

judgment as a matter of law." Fed. R. Civ. Pro. 56(a).  Counsel, however, previously

filed a Notice of Appearance on behalf of defendant Nichols.  (Doc. 14).  Nichols,

therefore, will be directed to respond to the complaint within 21 days.

Accordingly, it is ORDERED:

1.      The clerk shall update the docket to reflect that defendant T. Nichols is

the sole defendant in this action.[*]

2.      Within **twenty-one (21) days** from the date of this order, defendant

Nichols shall file a response to the complaint (doc. 1).

And it is respectfully RECOMMENDED:

1.      That plaintiff's motion for summary judgment (doc. 23) be DENIED.

At Pensacola, Florida, this 28th day of September, 2016.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

---

[*] Plaintiff's claims against the second defendant, S. Williams, have been dismissed.  (Docs. 20, 24).

Case No. 5:15cv46-RV-CJK

<u>NOTICE TO THE PARTIES</u>

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon the Magistrate Judge and all other parties.    A party failing to object to a Magistrate Judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.

Case No. 5:15cv46-RV-CJK