UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

SAM EVANS,

    Plaintiff,

v.                               Case No. 5:15cv46-RV-CJK

T. NICHOLS,

    Defendant.

_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated September 28, 2016 (doc. 26). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.	Plaintiff's motion for summary judgment (doc. 23) is **DENIED**.

**DONE AND ORDERED** this 28th day of October, 2016.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 5:15cv46-RV-CJK